UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VORADETH DAVE VONGCHAN,<br><br>Plaintiff,<br><br>v.<br><br>LELAND DUDEK,<br><br>Defendant. | Case No. 24-cv-08984-AMO<br><br>**ORDER TO SHOW CAUSE** |

On December 12, 2024, self-represented plaintiff Voradeth Dave Vongchan commenced this action pursuant to 42 U.S.C. 405(g), seeking judicial review of a final decision denying a claim for Social Security benefits. ECF 1.

As of the filing of this Order, Vongchan has failed to comply with the Social Security Procedural Order entered in this matter. That order instructed Vongchan to "file and serve on [the] Commissioner a brief for the requested relief within 30 days after the answer is filed." ECF 3. On March 7, 2025, the Commissioner filed an answer in the form of a certified copy of the administrative record. ECF 13. To date, Vonghan has not filed a brief for the requested relief as required by the Social Security Procedural Order.

Accordingly, the Court **ORDERS** Vongchan to show cause why this action should not be dismissed for failure to prosecute. By no later than July 14, 2025, Plaintiff must file (1) a written response to this Order that explains why this case should not be dismissed for failure to prosecute and (2) a brief for the requested relief. Failure to file both documents by July 14, 2025 will result in dismissal of this action without prejudice.

To aid in his compliance with this Order, Vongchan may wish to contact the Federal Pro Bono Project's Help Desk—a free service for pro se litigants—by calling (415) 782-8982 to make

an appointment to obtain legal assistance from a licensed attorney. More information about the program is available online at the Court's website <https://www.cand.uscourts.gov>.

**IT IS SO ORDERED.**

Dated: June 12, 2025

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

2