1

2

3

4                           UNITED STATES DISTRICT COURT

5                          NORTHERN DISTRICT OF CALIFORNIA

6

7    VORADETH DAVE VONGCHAN,                    Case No. 24-cv-08984-AMO

            Plaintiff,
8
                                                **ORDER DISCHARGING ORDER TO**
9        v.                                     **SHOW CAUSE**

10   LELAND DUDEK,

            Defendant.
11

12

13         On December 12, 2024, self-represented plaintiff Voradeth Dave Vongchan commenced

14   this action pursuant to 42 U.S.C. § 405(g), seeking judicial review of a final decision denying a

15   claim for Social Security benefits.  ECF 1.

16         As of June 12, 2025, Vongchan had failed to comply with the Social Security Procedural

17   Order entered in this matter.  That order instructed Vongchan to "file and serve on [the]

18   Commissioner a brief for the requested relief within 30 days after the answer is filed."  ECF 4.  On

19   March 7, 2025, the Commissioner filed an answer in the form of a certified copy of the

20   administrative record.  ECF 13.  However, Vongchan had not filed a brief for the requested relief

21   as required by the Social Security Procedural Order.

22         Due to Vongchan's non-compliance with the Social Security Procedural Order, on June 12,

23   2025, the Court ordered Vongchan to show cause why this action should not be dismissed for

24   failure to prosecute.  ECF 14.  By no later than July 14, 2025, Vongchan was to file (1) a written

25   response to the order that explained why this case should not be dismissed for failure to prosecute

26   and (2) a brief for the requested relief.  *Id.*  The Court warned Vongchan that failure to file both

27   documents by July 14, 2025 would result in dismissal of this action without prejudice.  *Id.*  The

28   Court also directed Vongchan to the resources available from the Federal Pro Bono Project's Help

United States District Court
Northern District of California

Desk.

On July 11, 2025, Vongchan filed a response to the order to show cause and a document styled as a brief.  ECF 15, 16.  The Court therefore **DISCHARGES** the order to show cause issued June 12, 2025.

As set forth in the Social Security Procedural Order of December 12, 2024, ECF 4, the Commissioner shall file and serve its brief 30 days after service of Vongchan's brief.  Vongchan's reply brief is due 14 days after service of the Commissioner's brief.

To aid in the preparation of his reply brief, Vongchan is encouraged to contact the Federal Pro Bono Project's Help Desk—a free service for pro se litigants—by calling (415) 782-8982 to make an appointment to obtain legal assistance from a licensed attorney.  More information about the program is available online at the Court's website <https://www.cand.uscourts.gov>.

**IT IS SO ORDERED.**

Dated: July 15, 2025

ARACELI MARTÍNEZ-OLGUÍN
**United States District Judge**

United States District Court
Northern District of California

2